```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYLAN, INC. and MYLAN           )
PHARMACEUTICALS,                )
        Plaintiffs,             )
                                )
    v.                          )   Civil Action No. 09-990
                                )
BOEHRINGER INGELHEIM            )
INTERNATIONAL GMBH and          )
BOEHRINGER INGELHEIM            )
PHARMACEUTICALS, INC.,          )
        Defendants.             )
```

ORDER

AND NOW, this 3rd day of November, 2009, IT IS HEREBY ORDERED THAT the defendants' response to plaintiffs' complaint shall be filed by December 17, 2009.

                              BY THE COURT:


                              s/Gary L. Lancaster      ,
                              Hon. Gary L. Lancaster,
                              Chief United States District Judge


cc:     All Counsel of Record